AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Aaron Gamez-Armenta,<br>a.k.a.: Aaron Gamez Armenta,<br>(A202 069 538)<br>*Defendant* | Case No. 17-8461MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 17, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Aaron Gamez-Armenta, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about September 9, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: SAUSA Brett Day for AUSA Jillian M. Besancon

☒ Continued on the attached sheet.

*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed telephonically.

Date: November 24, 2017

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 17, 2017, Aaron Gamez-Armenta was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Gamez-Armenta was examined by ICE Officer R. Ray who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 23, 2017, Gamez-Armenta was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Gamez-Armenta was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Aaron Gamez-Armenta to be a citizen of Mexico and a previously deported criminal alien. Gamez-Armenta was removed from the United States to Mexico through Nogales, Arizona, on or about September 9, 2015,

1

pursuant toan order of removal issued by an immigration judge. There is no record of Gamez-Armenta in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Gamez-Armenta's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Aaron Gamez-Armenta was convicted of Solicitation to Commit Sale or Transportation of Narcotic Drugs, a felony offense, on July 28, 2015, in the Superior Court of Arizona, Maricopa County. Gamez-Armenta was sentenced to two and one half (2.5) years' probation. Gamez-Armenta's criminal history was matched to him by electronic fingerprint comparison.

5. On November 23 2017, Aaron Gamez-Armenta was advised of his constitutional rights. Gamez-Armenta freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 17, 2017, Aaron Gamez-Armenta, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about September 9, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to

reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed telephonically
this 24th day of November, 2017.

_____
John Z. Boyle,
United States Magistrate Judge